UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK SEEKINS,

       Petitioner,　　　　　　　　　　　Case No. 20-cv-13434
　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

DAVE SHAVER,

       Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

　　　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By:　s/Holly A. Ryan
　　　　　　　　　　　　　　　　Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN　　　　　　　　　　Dated: October 14, 2022
United States District Judge　　　　　　　　Detroit, Michigan